UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREDIT CARD PROCESSING USA, INC. d/b/a MSI MERCHANT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERRICK BANK CORPORATION and CARDWORKS, INC. <br><br> Defendants. | Case No. 10-7464 (LBS) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned has been retained by and appears for plaintiff Credit Card Processing USA, Inc. in this action and demands that all notices, communications and other papers herein be served upon the undersigned at the office stated below.

Dated:  New York, New York
        October 12, 2010

**WACHTEL & MASYR, LLP**

By: /s/ Sara Spiegelman
     Sara Spiegelman
885 Second Avenue
New York, New York 10017
(212) 909-9500

*Attorneys for Plaintiff*