

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CREDIT CARD PROCESSING USA, INC. d/b/a
MSI MERCHANT SERVICES, INC.,

        Plaintiff                                     Civil Action No. 10 CIV 7464

    -against-                                      AFFIDAVIT OF SERVICE

MERRICK BANK CORPORATION and
CARDWORKS, INC

        Defendant
----------------------------------------------------------X
STATE OF NEW YORK  }
                           S.S.:
COUNTY OF NEW YORK)

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 6th day of October, 2010, at approximately 3:20 pm, deponent served a true copy of the **CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, COMPLAINT, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE SAND, and ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **CARDWORKS, INC** at 101 Crossways Park Drive W, Woodbury, NY, by personally delivering and leaving the same with **VERONICA FERRONTE**, who informed deponent that she is an Assistant Director of Human Resources authorized by appointment to receive service at that address.

        Veronica Ferronte is a white female, between 53-56 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 175 pounds with ashy blonde hair and brown eyes wearing glasses.

_____
NELSON CARVAJAL, # 965441

Sworn to before me this
19th day of October, 2010

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com