

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CREDIT CARD PROCESSING USA, INC.
d/b/a MSI MERCHANT SERVICES, INC.,

       Plaintiff,

       -against-

MERRICK BANK CORPORATION
and CARDWORKS, INC

       Defendants.

-------------------------------------------------------------X

Civil Action No. 10 CIV 7464

AFFIDAVIT OF SERVICE

STATE OF UTAH    )
        S.S.:
COUNTY OF SALT LAKE )

       MEL ASHTON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

       That on the 7th day of OCTOBER 2010, at approximately the time of 2:44 PM, deponent served a true copy of the CIVIL COVEER SHEET, SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, ECF FILING RULES and THE INDIVIDUAL PARACTICES OF THE HON. LEONARD B. SAND upon MERRICK BANK CORPORATION at 10705 S JORDON GTWY, #200, SOUTH JORDON, UTAH 84095, by personally delivering and leaving the same with LEAH TOWNSEND who informed deponent that she holds the position of ADMINISTRATIVE ASSISTANT with that company and is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

Case 1:10-cv-07464-LBS   Document 5   Filed 10/19/10   Page 2 of 2



LEAH TOWNSEND is a white female, approximately 28 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 135 pounds with brown hair.

*Mel Ashton*

MEL ASHTON

Sworn to before me this
18th day of OCTOBER 2010

*William Claudin*

NOTARY PUBLIC

NOTARY PUBLIC
WILLIAM CLAUDIN
925 N. 1760 W., PO Box 50072
Provo, Utah 84604
My Comm. Expires March 8, 2011
STATE OF UTAH

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com