UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CREDIT CARD PROCESSING USA, INC.
d/b/a MSI MERCHANT SERVICES, INC.,

                Plaintiff,

       v.

                                  Case No: 10-CV-7464 (LBS)

MERRICK BANK CORPORATION and
CARDWORKS, INC.                              NOTICE OF APPEARANCE

                Defendants.
-----------------------------------------------------------------------X

TO THE CLERK OF THE COURT:

       I, Mario Aieta, hereby appear as attorney for Defendants Merrick Bank Corporation and Cardworks, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at maieta@ssbb.com.

Dated:  New York, New York
          October 25, 2010

                                              SATTERLEE STEPHENS BURKE & BURKE LLP

                                              ___s/ Mario Aieta_____
                                              Mario Aieta
                                              230 Park Avenue, Suite 1130
                                              New York, NY 10169
                                              Tel. (212) 818-9200

                                              *Attorneys for Defendants Merrick Bank Corporation*
                                              *and Cardworks, Inc.*