UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CREDIT CARD PROCESSING USA, INC.
d/b/a MSI MERCHANT SERVICES, INC.,

                Plaintiff,

v.

MERRICK BANK CORPORATION and
CARDWORKS, INC.

                Defendants.
-----------------------------------------------------------------X

Case No: 10-CV-7464 (LBS)

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

      I, Daniel G. Gurfein, hereby appear as attorney for Defendants Merrick Bank Corporation and Cardworks, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at dgurfein@ssbb.com.

Dated: New York, New York
      October 25, 2010

                              SATTERLEE STEPHENS BURKE & BURKE LLP

                              s/ Daniel G. Gurfein
                              Daniel G. Gurfein (DG 6355)
                              230 Park Avenue, Suite 1130
                              New York, NY 10169
                              Tel. (212) 818-9200

                              *Attorneys for Defendants Merrick Bank Corporation and Cardworks, Inc.*