UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CREDIT CARD PROCESSING USA, INC.
d/b/a MSI MERCHANT SERVICES, INC.,

                Plaintiff,

v.                                                                                  Case No: 10-CV-7464 (LBS)

MERRICK BANK CORPORATION and
CARDWORKS, INC.                                                      NOTICE OF APPEARANCE

                Defendants.
----------------------------------------------------------------X

TO THE CLERK OF THE COURT:

      I, James J. Regan, hereby appear as attorney for Defendants Merrick Bank Corporation and Cardworks, Inc. in this proceeding and request that you provide electronic notification of filings in this case to me at jregan@ssbb.com.

Dated:  New York, New York
         October 25, 2010

                                      SATTERLEE STEPHENS BURKE & BURKE LLP

                                        s/ James J. Regan
                                      James J. Regan (JR 7926)
                                      230 Park Avenue, Suite 1130
                                      New York, NY 10169
                                      Tel. (212) 818-9200

                                      *Attorneys for Defendants Merrick Bank Corporation*
                                      *and Cardworks, Inc.*