USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-26-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CREDIT CARD PROCESSING USA, INC.
d/b/a MSI MERCHANT SERVICES, INC.,

                Plaintiff,

     v.

MERRICK BANK CORPORATION and
CARDWORKS, INC.

                Defendants.
----------------------------------------------------------------X

Case No: 10-CV-7464 (LBS)

STIPULATION EXTENDING
TIME TO RESPOND TO
COMPLAINT

## STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by and between Plaintiff, Credit Card Processing USA, Inc. d/b/a MSI Merchant Services, Inc., and Defendants, Merrick Bank Corporation and Cardworks, Inc. (collectively the "Defendants"), as evidenced by the signatures of their counsel below, that:

The Defendants' time to answer, move or otherwise respond to the Complaint is extended through and including December 3, 2010.

Dated: New York, New York
        October 21, 2010

WACHTEL & MASYR, LLP

/s/ Howard Kleinhendler
Howard Kleinhendler (HK 5712)
Julian D. Schreibman (JS 1124)
1 Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017
Tel. (212) 909-9500

*Attorneys for Plaintiff Credit Card Processing USA, Inc.
d/b/a MSI Merchant Services, Inc.*

SATTERLEE STEPHENS BURKE & BURKE LLP

/s/
Mario Aieta
Daniel G. Gurfein (DG 6355)
James J. Regan (JR 7926)
230 Park Avenue, Suite 1130
New York, NY 10169
Tel. (212) 818-9200

*Attorneys for Defendants Merrick Bank Corporation
and Cardworks, Inc.*

**SO ORDERED**, this 26 day of Oct 2010.

/s/ Leonard B. Sand
Honorable Leonard B. Sand
United States District Judge

2