UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CREDIT CARD PROCESSING USA, INC. d/b/a   :
MSI MERCHANT SERVICES, INC.              :
                        Plaintiff,   :   10-cv-7464 (LBS)
                                          :
     -against-                          :
                                         :
MERRICK BANK CORPORATION and             :
CARDWORKS, INC.                          :
                       Defendant.    :
---------------------------------------------------------------- x

## RULE 7.1 CORPORATE DISCLOSURE

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies defendant CardWorks, Inc. is a privately held company whose shares are not publicly traded. CardWorks has no affiliates or subsidiaries which are publicly traded.

      **SATTERLEE STEPHENS BURKE & BURKE LLP**

      By: /s/ Daniel G. Gurfein
            Daniel G. Gurfein
            Mario Aieta
            James Regan
      230 Park Avenue
      New York, New York 10169
      Telephone: (212) 818-9200
      Facsimile: (212) 818-9606
      *Attorneys for Defendants Merrick Bank Corporation and CardWorks Inc.*