UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CREDIT CARD PROCESSING USA, INC. d/b/a :
MSI MERCHANT SERVICES, INC.            :
                       Plaintiff,       :       10-cv-7464 (LBS)
                                           :
    -against-                              :
                                           :
MERRICK BANK CORPORATION and           :
CARDWORKS, INC.                        :
                       Defendant.       :
---------------------------------------------------------------- x

## RULE 7.1 CORPORATE DISCLOSURE

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies defendant Merrick Bank Corporation ("Merrick") is a privately held Utah industrial bank whose shares are not publicly traded.  Merrick has no affiliates or subsidiaries which are publicly traded.

                                            **SATTERLEE STEPHENS BURKE & BURKE LLP**

                                            By: /s/ Daniel G. Gurfein
                                                  Daniel G. Gurfein
                                                  Mario Aieta
                                                  James Regan
                                            230 Park Avenue
                                            New York, New York  10169
                                            Telephone:  (212) 818-9200
                                            Facsimile:  (212) 818-9606
                                            *Attorneys for Defendants Merrick Bank Corporation and CardWorks Inc.*

1046145_1