```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-10
```

Saul, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CREDIT CARD PROCESSING USA, INC.,          )      Case No. 10-CV-7464 (LBS)
d/b/a MSI MERCHANT SERVICES, INC.,         )
                                            )
                    Plaintiff,              )      Stipulation Extending Time
        v.                                  )
                                            )
MERRICK BANK CORPORATION and               )
CARDWORKS, INC.,                            )
                                            )
                    Defendants.             )
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. Plaintiff's time to respond to the Defendants' motion to dismiss Counts 2, 3, 5 and 7 of the Complaint shall be extended until January 10, 2011.

2. Defendants shall file their reply on or before February 10, 2011.

Dated: New York, New York
       December 14, 2010

WACHTEL & MASYR, LLP                          SATTERLEE STEPHENS BURKE & BURKE LLP

_____                    _____
Howard Kleinhendler (HK-5712)                 Daniel G. Gurfein (DG 6355)
885 Second Avenue                             230 Park Avenue, Suite 1130
New York, NY 10017                            New York, NY 10169
(212) 909-9500                                (212) 818-9200
*Attorneys for Plaintiff*                     *Attorneys for Defendants*

SO ORDERED

_____
Hon. Leonard B. Sand
United States District Court

12/20/2010